UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

Civil File No. 01-2009 JMR/FLN

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

WHEREAS, to resolve any dispute regarding the time and method of service and to provide adequate time for Defendants to respond to the First Amended Complaint, Craig Bruns, Esq., General Counsel for Defendants, agreed to accept service on Defendants' behalf and Plaintiffs agreed to extend the time for Defendants to answer or otherwise respond to the First Amended Complaint to December 21, 2001.

Based upon the above recital, the parties stipulate and jointly request that the Court order as follows:

1. The time for Defendants to answer or otherwise respond to the First Amended Complaint shall be extended to December 21, 2001.

FILED DEC 4 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: December 3, 2001

DORSEY & WHITNEY LLP

By ______________________

David N. Fronek #0032426
Craig D. Diviney #0023103
William A. Dossett #0237930
Scott Marks #0295693
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs

Dated: November 30, 2001

By ______________________

Craig Bruns, Esq.
General Counsel
Danville Manufacturing, Inc.
2021 Omega Road
San Ramon, CA 94583
Telephone: (925) 838-7940

SO ORDERED:

Dated: December 4th, 2001

______________________
The Honorable James M. Rosenbaum

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500