**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

WHEREAS, to provide adequate time for defendants to respond to the First Amended Complaint, and for the parties to further attempt to resolve the above-captioned matter, plaintiffs agreed to extend the time for defendants to answer or otherwise respond to the First Amended Complaint to January 4, 2002.

Based upon the above recital, the parties stipulate and jointly request that the Court order as follows:

1. The time for defendants to answer or otherwise respond to the First Amended Complaint shall be extended to January 4, 2002.

FILED
RICHARD D. SLETTEN, CLERK
DEC 19 2001
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

Dated: December 18, 2001

DORSEY & WHITNEY LLP

By: [signature]

David N. Fronek (#0032426)
Craig D. Diviney (#0023103)
William A. Dossett (#0237930)
Scott Marks (#0295693)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

ATTORNEYS FOR PLAINTIFF

Dated: December 18, 2001

ANTHONY OSTLUND & BAER, P.A.

By: [signature]

Joseph W. Anthony (2872)
Harry Kennedy (277381)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

Dated: December 18, 2001

[signature]

The Honorable James M. Rosenbaum