**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**STIPULATION AND ORDER TO ALLOW DEFENDANTS TO AMEND THE PLEADINGS TO ADD A CLAIM OF INEQUITABLE CONDUCT**

The parties hereto, by their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs do not oppose Defendants' motion to amend the pleadings to add a claim of "inequitable conduct" against Plaintiffs.

DORSEY & WHITNEY, LLP

By: ______________________
William A. Dossett (#237930)
Scott A. Marks (#295693)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

Dated: May 14, 2002

ANTHONY OSTLUND & BAER, P.A.

By: ______________________
Joseph W. Anthony (#2872)
Harry Kennedy (#277381)
3600 Wells Fargo Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANTS

Dated: May 13, 2002

MAY 15 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ORIGINAL

**ORDER**

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED:**

Defendants' motion to amend the pleadings to add a claim of "inequitable conduct" is granted.

Dated: MAY 15 2002

The Honorable Franklin L. Noel
[redacted] Magistrate Judge
United States District Court