UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

Civil File No. 01-2009 JMR/FLN

**~~PROPOSED~~ ORDER TO ADD S & C POLYMER AS A PARTY**

**IT IS HEREBY ORDERED**:

Plaintiffs have leave to amend its complaint to add S & C Polymer Silicon and Composite Spezialitaten GmbH, a German corporation, located at Robert-Bosch-St. 5 25335 Elmshorn, Germany, to the above litigation as a Defendant.

Dated: 5/15/02

The Honorable Franklin L. Noel
Chief Magistrate Judge
United States District Court

MAY 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

Civil File No. 01-2009 JMR/FLN

**STIPULATED MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD S & C POLYMER AS A PARTY**

**PLEASE TAKE NOTICE:** Plaintiff Robert W. Hasel, and ABCO Research, LLC, (collectively, "Plaintiffs") move for leave to add S & C Polymer Silicon and Composite Spezialitaten GmbH, a German corporation, located at Robert-Bosch-St. 5, D-25335 Elmshorn, Germany, as a party to the above litigation.

This Motion is not opposed by Danville Materials, Inc. and Danville Manufacturing, Inc. and is without prejudice for adding further parties at a later date. Plaintiffs have attached an amended complaint hereto.

Dated: 5-1-02

ANTHONY, OSTLUND & BAER, P.A.

By
Joseph W. Anthony (#2872)
Harry Kennedy (#277381)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969

Attorneys for Defendant

Dated: 5-1-02

DORSEY & WHITNEY LLP

By
Ronald J. Brown (#12129)
William A. Dossett (#237930)
Scott A. Marks (#295693)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs