ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendant.

Civil File No. 01-2009 JMR/FLN

**STIPULATION TO PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SERVE MOTIONS TO AMEND PLEADINGS OR TO ADD PARTIES**

Whereas ABCO Research, LLC and Robert W. Hasel ("Plaintiffs") have indicated that they will not add any additional claims or assert any additional patents against Defendants Danville Materials, Inc. and Danville Manufacturing, Inc. ("Defendants") during the requested three month extension of time to amend pleadings and add parties, Defendants do not oppose Plaintiffs' "Motion to Extend Deadline to Amend Pleadings or Add Parties." This stipulation does not prejudice Plaintiffs' right to move to amend the pleadings against Defendants under the relevant Federal Rules of Civil Procedure and Local Rules after the three month period expires.

Dated: 5-15-02

DORSEY & WHITNEY LLP

By [signature]
Ronald J. Brown (#12129)
William A. Dossett (#237930)
Scott A. Marks (#295693)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs

Dated: 5-15-02

ANTHONY, OSTLUND & BAER, P.A.

By [signature]
Joseph W. Anthony (#2872)
Harry Kennedy (#277381)
Courtland Merrill (#311984)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969

Attorneys for Defendant

FILED 5-17-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

ORIGINAL

**ORDER**

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Plaintiffs' Motion to Extend Deadline to Serve Motions to Amend Pleadings or to Add Parties is GRANTED.

Dated: MAY 17 2002

The Honorable Franklin L. Noel
~~Chief~~ Magistrate Judge
United States District Court