UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**AMENDED LETTER ROGATORY**

**(S&C Polymer Silicon und Composite Spezialitaten GmbH)**

The United States District Court, District of Minnesota, United States of America, to the appropriate judicial authority in Elmshorn, Federal Republic of Germany:

GREETINGS:

WHEREAS, a certain action is pending in the United States District Court, District of Minnesota, in which Robert W. Hasel and ABCO Reseach, LLC are the plaintiffs and Danville Materials, Inc. and Danville Manufacturing, Inc. ("Danville Materials") are the defendants;

AND WHEREAS, it having been made known to us that the deposition testimony of a designated representative of S&C Polymer Silicon und Composite Spezialitaten GmbH's ("S&C") director of business, Dr. Jurgen J. Ürgen Engelbrecht, located at Robert-Bosch-Str. 5, 25335 Elmshorn, Germany, is necessary and without the testimony and/or documents and things, justice cannot completely be done between the parties:

SEP 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WE THEREFORE, REQUEST that in furtherance of justice, that you will cause such witness to appear and produce responsive documents and/or things before a person authorized to administer oaths as follows.

**TESTIMONY**

1. Please confirm that S&C manufactures Danville Materials products Aria™, StarFlow™, StarFlow PV™ and Star Fill 2B™.

2. Please confirm that the inorganic filler portion of Aria™ is > 35 wt-% of the entire composition.

3. Please confirm that the fumed silica portion of Aria™ comprises < 8 wt-% of the entire composition.

4. Please confirm that the inorganic filler portion of StarFlow™ is > 60 wt-% of the entire composition.

5. Please confirm that the fumed silica portion of StarFlow™ comprises < 8 wt-% of the entire composition.

6. Please confirm that the inorganic filler portion of StarFlow PV™ is > 60 wt-% of the entire composition.

7. Please confirm that the fumed silica portion of StarFlow PV™ comprises < 8 wt-% of the entire composition.

DONE AND ORDERED in Chambers at the United States District Court, District of Minnesota, Minneapolis, Minnesota, this 23d day of September, 2002.

Franklin L Noel

The Honorable Franklin L. Noel
United States Magistrate