UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**AMENDED LETTER ROGATORY**

**(DMG Dental Material Geselleshaft mbH)**

The United States District Court, District of Minnesota, United States of America, to the appropriate judicial authority in Hamburg, Federal Republic of Germany:

GREETINGS:

WHEREAS, a certain action is pending in the United States District Court, District of Minnesota, in which Robert W. Hasel and ABCO Reseach, LLC are the plaintiffs and Danville Materials, Inc. and Danville Manufacturing, Inc. are the defendants;

AND WHEREAS, it having been made known to us that the deposition testimony of DMG Dental Material Geselleshaft mbH's ("DMG") director of business, Dr. Wolfgang Karl Fredric Mühlbauer, located at Elgaustr 248, 22547 Hamburg, Germany, is necessary and without the testimony and/or documents and things, justice cannot completely be done between the parties:



SEP 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

WE THEREFORE, REQUEST that in furtherance of justice, that you will cause such witness to appear and produce responsive documents before a person authorized to administer oaths as follows:

**TESTIMONY**

1. Are the restorative composite and applicator device depicted in the Healthco International Autumn/Winter, 88-89 Healthco Catalog and 1988 Healthco Instruction Sheet for "Safe-T-Ringe™" and "Status™", hereafter referred to as "Exhibit A" or "Ex. A.", dental products manufactured by DMG and sold in the United States prior to October 1993?[1]

2. Does Exhibit A teach a method for restoring a tooth:

(a) providing a hollow on tooth for receiving restorative composition;
(b) applying restoration composition on the surface of hollow; and
(c) restorative composition comprises;
  (i) curable liquid resin portion,
  (ii) inorganic filler portion; and
  (iii) viscosity so that it can be applied through a needle no larger than 16 gauge?[2]

3. Does Exhibit A teach the use of an etching composition used in the hollow of a tooth (as the term is used in Question 2) where the hollow is prepared by etching?

4. Does the etching compositon referred to in Question 3 comprise 10-30 wt-% phosphoric acid?

---

[1] Attached as Exhibit A are copies Bates labeled DM 284-286 and 1221-1222.

[2] Higher gauges have smaller lumens, e.g. a 20 gauge needle has a smaller lumen than a 16 gauge needle.

5. Does Exhibit A teach a surface preparation for the restoration of a tooth, as described in Question 2, by: (a) etching the surface of hollow; (b) washing the surface, (c) drying the surface, (d) coating surface with a bond?

6. Does the restorative composite depicted in Exhibit A contain a curable liquic resin portion comprising a polymerizable acrylated polyester?

7. Does Exhibit A teach that the application steps described above in Questions 2-5 are to be repeated to provide desirable depth of the restorative composition?

8. Does Exhibit A teach a method of restoring a tooth comprising:

(a) providing an applicator containing a restorative composition, having a needle with a lumen;
(b) providing a hollow on a tooth for receiving said restorative composition;
(c) applying said restorative composition on surface of hollow by injecting said composition into said hollow through the lumen of said needle, wherein said composition comprises:
  (i) curable liquid resin;
  (ii) inorganic filler; and
  (iii) and an agent which is present in an amount sufficient for the composition to have a viscosity so that it can pass through the lumen when exposed to an application pressure and sufficiently high to prevent said restoration composition from running after application; and
(d) curing said restorative composition?

9. Does the restorative composition identified in Exhibit A possess a viscosity such that a dab < 5 millimeters in diameter or a layer < 2 millimeters in thickness will not run after placement into a prepared cavity hollow?

10. Is the Brookfield viscosity of the liquid resin portion of the restorative composite identified in Exhibit A between 500-5,000 Cp at 25°?

11. Is the applicator device, depicted in Exhibit A, a syringe having a curved tip?

12. Is the needle on the applicator device, depicted in Exhibit A, a needle of 16 to 25 gauge?

13. Does Exhibit A teach that the application and curing step, described in Question 8, is repeated at least once?

14. Is the restorative composite, identified in Exhibit A, applied after a first step of coating the surface of the tooth with a curable bond which is cured before the application of the composite?

15. Is the composite, identified in Exhibit A, a restorative composition for application to the hollow of a tooth provided in an applicator comprising:

(a) a curable liquid resin portion; and
(b) an inorganic filler portion wherein the weight ratio of the resin to filler is between 7:3-3:7?

16. Does Exhibit A teach the combination of a tooth restorative composition and an applicator where:

(a) the applicator contains a needle ≥ 16 gauge;
(b) a restorative composition in said applicator for application to the hollow of a tooth through said applicator needle, said composition comprising;
(i) a curable liquid resin portion; and
(ii) an inorganic filler portion wherein the viscosity of said restorative composition is low enough to be applied to the hollow of a tooth through the needle?

17. Does the applicator, depicted in Exhibit A, include a syringe with the applicator needle and lumen?

18. Is the applicator needle, depicted in Exhibit A, a needle of 16 to 25 gauge?

19. Does the inorganic filler portion of the restorative composite, depicted in Exhibit A, include barium aluminum silicate?

20. Does the inorganic filler portion of the restorative composite, depicted in Exhibit A, include barium aluminum silicate or silica?

21. Is the liquid resin portion of the restorative composite, described in Exhibit A, between 30 and 70 wt-% of the entire composition?

22. Is the liquid resin portion of the composite, identified in Exhibit A, between 37-70 wt-% of the entire composition?

23. Does the applicator, depicted in Exhibit A, include a needle with a bend?

24. Does the applicator with a needle, depicted in Exhibit A, have a lumen containing a restorative composition for the application to the hollow of a tooth with:

(a) a curable liquid resin portion; and
(b) a filler portion including an agent so that compositions have viscosity to pass through a lumen, but will not run after application to the hollow of a tooth?

25. Does the needle, described in Question 24, include a bend?

26. Is the needle, described in Question 24, a 16-25 gauge needle?

27. Can the composition, identified in Exhibit A, form a dab 0.5 millimeters in diameter when applied to the hollow of a tooth?

28. Can the restorative composition, described in Question 24 and identified in Exhibit A, form a layer < 2 millimeters thick when applied to the hollow of a tooth?

29. Is the curable liquid resin in the composition, described in Question 24 and identified in Exhibit A, 30-70 wt-% of the composition?

30. Does Exhibit A teach the method for restoring a tooth, comprising:

(a) applying a bead of a restorative composition;
(b) to a desired location on a tooth;
(c) with a syringe-like applicator having a tip;

(d) manipulating the restorative composition with the tip of the applicator into a desired shape;
(e) curing the composition; and
(f) repeating [a-d] above to achieve a cured restorative structure of a desired shape?

31. Does Exhibit A teach the method, described in Question 30, wherein the restorative composition is light cured?

32. Does Exhibit A teach the method, described in Question 30, wherein further comprising preparing the surface of the tooth by etching with an etching solution?

33. Does Exhibit A teach the method, described in Question 30, wherein a bead (or drop) of the composition is laid as a dab of less than about 5 millimeters in diameter?

34. Does Exhibit A teach the method, described in Question 30, wherein the viscosity is sufficiently high that a dab < 5 millimeters in diameter, or a < 2 millimeters in thickness, will not run?

35. Does Exhibit A teach a method for restoring a tooth comprising:

(a) preparing a cavity using a bur to create a hollow;
(b) applying a restorative composition using a syringe-type applicator wherein said restorative composition is applied in a layer < 2 millimeters thick;
(c) light curing; and
(d) repeating steps (a) - (c) until desired shape on tooth is formed?

36. Does Exhibit A teach the method, described in Question 35, wherein steps (a) - (c) are repeated until the hollow is filled, using < 2 millimeter layers?

37. Does Exhibit A teach the method, described in Question 36, wherein the restorative composition has a viscosity sufficiently low to flow through the lumen of the syringe-type applicator during application to said hollow and a viscosity high enough not to run after application?

38. Does Exhibit A teach the method, described in Question 37, wherein the cavity is a Class I, Class II, Class III, Class IV or Class V cavity?

39. Does Exhibit A teach a method for restoring Class I through Class V cavities comprising:

(a) preparing one of a Class I through Class V cavity for receiving restoration composition;
(b) applying composition directly to cavity using syringe-like applicator with tip;
(c) manipulating composition with tip into desired shape; and
(d) curing the composition?

40. Does Exhibit A teach a method, described in Question 39, wherein the composition is light cured?

41. Does Exhibit A teach a method, described in Question 40, wherein a bur is used to create a hollow and the composition is applied to said hollow?

42. Does Exhibit A teach a method, described in Question 41, wherein the preparation for one cavity further comprises:

(a) etching the surface of the hollow; and
(b) adding a bonding material to the hollow?

43. Does Exhibit A teach a method, described in Question 42, wherein the tip includes a needle with a lumen?

44. Does Exhibit A teach a method, described in Question 40, wherein the viscosity of the composition is sufficiently high enough so the composition will not run after application to the hollow of tooth, but low enough to be applied in a syringe-type applicator?

45. Does Exhibit A teach a method, described in Question 44, wherein the composition is applied in one or more layers, each < about 2 millimeters in thickness?

46. Does Exhibit A teach a system for restoring a Class I through Class V dental cavity comprising:

(a) syringe-type applicator having a lumen; and
(b) a restoration composition in the applicator, for application to the hollow of a prepared cavity through said lumen wherein viscosity is sufficiently low to pass through the needle lumen when applicator pressure is applied and sufficiently high to prevent composition from running after application to hollow; the composition comprising:
(1) a curable liquid resin; and
(2) an inorganic filler?

47. Does Exhibit A teach a system, described in Question 46, wherein the applicator needle includes a needle with a bend and the needle includes a lumen?

48. Does Exhibit A teach a system, described in Question 47, wherein the syringe type applicator includes a 16 to 25 gauge needle?

49. Does Exhibit A teach a method of restoring Class I through Class V dental cavities comprising:

(a) preparing the cavity by forming a hollow with a surface for receiving the restorative composition;
(b) dispensing a bead of a restorative composition to the surface with;
(c) an applicator having a needle-like tubular structure which has a bend to facilitate delivery;
(d) curing the restorative composition; and
(e) repeating steps (a-d) until desired shape is formed on tooth?

50. Does Exhibit A teach a method, described in Question 49, wherein a bead of the composition is < about 2 millimeters thick?

## DOCUMENTS AND THINGS

1. A Safe-T-Ringe™ as depicted in Exhibit A.

2. A specimen of the Status™ composite depicted in Exhibit A.

DONE AND ORDERED in Chambers at the United States District Court, District of Minnesota, Minneapolis, Minnesota, this 23d day of September, 2002.

The Honorable Franklin L. Noel
United States Magistrate