ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY TO SERVE SUBPOENA**

THIS CAUSE having come before the Court and upon the motion of defendants Danville Materials, Inc. and Danville Manufacturing, Inc. for an Order for the issuance of letters rogatory to take depositions and compel the production of documents of foreign third-parties, and it appearing to the Court that the same is necessary or convenient for the defense and pursuit of this action, it is

SO ORDERED that the United States District Court, District of Minnesota, issue letters rogatory for Anthony, Ostlund & Baer, P.A. to serve a subpoena for the deposition testimony and to compel the production of documents by designated representatives of third-parties DMG Dental Material Geselleshaft mbH and S&C Polymer Silicon und Composite Spezialitaten GmbH.



FILED SEP 2 ? 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DONE AND ORDERED in Chambers at the United States District Court, District of Minnesota, Minneapolis, Minnesota, this 23d day of September, 2002.

The Honorable Franklin L. Noel
United States Magistrate