UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hasel et al., Civil No. 01-2009 (JMR/FLN)

Plaintiffs,

v. **ORDER**

Danville Materials Inc., et al.,

Defendants.

---

Christopher Young for Plaintiffs.
Joseph Anthony & Courtland Merrill for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 4, 2002, on Plaintiffs' Motion for Leave to Withdraw Their Claim of Infringement of U.S. Patent #5,547,379 and to Dismiss Defendant's Declaratory Judgement Counterclaims Relating to U.S. Patent #5,547,379 [#42].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1. The Court concludes that Fed. R. Civ. P. 41(a)(2) is applicable to this motion. Under that rule, the Court may dismiss the claim upon such terms and conditions as the Court deems proper.

2. Plaintiffs' Motion is **GRANTED** and Plaintiffs' claim of infringement of U.S. Patent #5,547,379 is dismissed with prejudice. The Defendant's declaratory judgment counterclaims are rendered moot by the dismissal of the infringement claim with prejudice. The counterclaim must also be dismissed as moot.

3. Based on the Court's power under Rule 41 to set the terms and conditions of the dismissal of the claim, the granting of Plaintiffs' Motion is contingent on Plaintiffs paying the Defendants' costs and

NOV 18 2002

JUDGMENT ENTD ____
DEPUTY CLERK ____

fees in defending the claim of infringement of U.S. Patent #5,547,379, and pursuing counterclaims on this Patent.

4. Defendant is directed to submit an affidavit on or before December 6, 2002, setting forth Defendants' reasonable costs and fees incurred in defending and counterclaiming in regards to U.S. Patent #5,547,379.

DATED: Nov. 15, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.