**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

Upon the motions of both parties and at the instruction of the Court following a hearing on November 18, 2002, the parties hereby stipulate to the following:

1. Extension of Non-Expert Discovery.

   a. Defendants will depose S & C Polymer on December 10, 2002, or at a time designated by the German court;

   b. Defendants will depose DMG Dental on January 13, 2003, or at a time designated by the German court;

   c. Plaintiffs will depose a 30(b)(6) witness of defendants regarding StarFlow HV for no longer than seven hours less the time the witness has already been deposed;

   d. Plaintiffs will depose a 30(b)(6) witness of defendants regarding defendants' financial records for no longer than seven hours less the time the witness has already been deposed;

   e. Defendants will produce all discovery relating to StarFlow HV by December 9, 2002;

FILED NOV 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

f. Defendants will produce all discovery regarding sales records on a dollar and unit basis for Danville's flowable composite products, as well as costs of goods sold reports, profit and loss statements, and operating expense reports by December 9, 2002;

g. Defendants will take the continued deposition of Dennis Daley at a time mutually agreeable to all parties.

2. Expert Disclosure and Discovery.

a. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

(1) By defendants, on or before January 20, 2003;

(2) Defendants' rebuttal, on or before January 13, 2003;

(3) Plaintiffs' rebuttal, on or before March 20, 2003;

b. Each party may depose no more than four expert witnesses on or before May 1, 2003.

ANTHONY OSTLUND & BAER, P.A.

Dated: November 26 2002

By ______________________
Joseph W. Anthony (#2872)
Courtland C. Merrill (#311984)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANTS

DORSEY & WHITNEY, LLP

Dated: November 26, 2002

By ______________________
Ronald J. Brown (#12129)
Christopher A. Young (#288983)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

**ORDER**

Pursuant to the Stipulation of the parties, **IT IS SO ORDERED.**

Dated: Nov. 27 2002

______________________
The Honorable Franklin L. Noel
[redacted] Magistrate Judge
United States District Court