ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

Civil File No. 01-2009 JMR/FLN

**[redacted]] ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF SUPPLEMENTAL LETTERS ROGATORY**

THIS CAUSE having come before the Court and upon the motion of the plaintiffs Robert W. Hasel, and ABCO Research, LLC, for an Order for the issuance of supplemental letters rogatory to take depositions and compel the production of things of foreign third-parties, and it appearing to the Court that the same is necessary or convenient for the prosecution and pursuit of this action, it is

SO ORDERED that the United States District Court, District of Minnesota, issue supplemental letters rogatory for Dorsey & Whitney LLP to serve a subpoena for the deposition testimony and to compel the production of things by designated representatives of third parties-DMG Dental Material Gesselleshaft mbH and S&C Polymer Silicon und Composite Spezialitaten Gmbh. IT IS FURTHER ORDERED that these supplemental letters rogatory shall be consolidated with Danville's Letters

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Rogatory so that the each of the S&C Polymer and DMG depositions shall proceed on a single date selected by the appropriate German judicial authorities.

DONE AND ORDERED in Chambers at the United States District Court, District of Minnesota, Minneapolis, Minnesota, this 3d day of December 2002.

Franklin L Noel

The Honorable Franklin L. Noel
United States Magistrate Judge