UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2009 (JMR/FLN)

Hassel et. al. )
)
v. )
) ORDER
Danville Materials, Inc. )

Plaintiff appeals the Order dated November 15, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, granting plaintiffs' motion for leave to withdraw their claim of infringement of U.S. Patent #5,547,379 and to dismiss defendants' declaratory judgment counterclaims relating to U.S. Patent #5,547,379. Plaintiffs' appeal was timely, pursuant to Local Rule 72.1(b)(2).

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below and finds no basis to justify setting aside the Magistrate's Order. The Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

The Magistrate's November 15, 2002 Order [Docket #82] is affirmed.

Dated: December 20th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 26 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS