UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, et al.,

Plaintiffs,

v.

Danville Materials, Inc., et al.,

Defendants.

Civil 01-2009 JMR/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 2, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that Plaintiffs' motion for partial summary judgment of infringement of U.S. Patent Nos. 6,315,567 and 5,944,527 [#45] is DENIED.

DATED: January 30th, 2003

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court

FILED JAN 30 2003
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS