UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2009(JMR/FLN)

| | | |
|---|---|---|
| Robert W. Hasel et al. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Danville Materials, Inc., et al. | ) | |

Defendants move to amend the Court's Order, dated December 20, 2002, affirming the November 15, 2002, Order by the Honorable Franklin L. Noel, United States Magistrate Judge, to include the language necessary to certify the issue for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The Court finds defendants have failed to make the necessary showing to receive certification. Accordingly, IT IS ORDERED that:

Defendants' motion [Docket No. 107] is denied.

Dated: February 12th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK