UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-2009 (JMR/FLN)

Robert W. Hasel and ABCO Research, LLC,

Plaintiffs,

vs.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

**[redacted] ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW THE AMENDED LETTER ROGATORY AND FOR ISSUANCE OF THE SECOND AMENDED LETTER ROGATORY**

**(DMG Dental Gelleshaft mbH)**

THIS CAUSE came before the Court upon the motion of defendants Danville Materials, Inc. and Danville Manufacturing, Inc. for an Order withdrawing the Amended Letter Rogatory issued by this Court on September 23, 2002, and for an Order for the issuance of a Second Amended Letter Rogatory to take the deposition testimony and to compel the production of things of foreign third-party DMG Dental Material Geselleshaft mbH.

It appearing to the Court that the same is necessary or convenient for the prosecution and pursuit of this action, it is

SO ORDERED that the Amended Letter Rogatory issued by the United States District Court, District of Minnesota on September 23, 2003, for the deposition testimony and production of things of foreign third-party DMG Dental Geselleshaft mbH, shall be withdrawn.

IT IS FURTHER ORDERED that the United States District Court, District of Minnesota, shall issue a Second Amended Letter Rogatory for Anthony, Ostlund & Baer, P.A. to serve a



FILED 2-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

subpoena for the deposition testimony and to compel the production of things by a designated representative of third-party DMG Dental Material Geselleshaft mbH.

IT IS FURTHER ORDERED that the Second Amended Letter Rogatory shall be consolidated with Supplemental Letter Rogatory issued by the United States District Court, District of Minnesota, on December 3, 2002.

DONE AND ORDERED in Chambers at the United States District Court, District of Minnesota, Minneapolis, Minnesota, this 16th day of ~~January~~ February, 2003.

The Honorable Franklin L. Noel
United States Magistrate Judge