UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hasel et al., Civil No. 01-2009 (JMR/FLN)

Plaintiffs,

v. **ORDER**

Danville Materials Inc., et al.,

Defendants.

---

Christopher Young for Plaintiffs.
Courtland Merrill for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 18, 2002, on Plaintiffs' Motion to Strike Three of Defendants' Expert Reports [#115].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Three of Defendants' Expert Reports [#115] is **DENIED** as follows:

1. Plaintiffs' Motion to Strike Three of Defendants' Expert Reports is **DENIED.**

2. Plaintiffs may submit rebuttal expert reports such that their reports do not exceed seven expert reports. Plaintiffs must submit these rebuttal reports by March 27, 2003.

3. Each side may depose any expert disclosed as an expert testifying at trial.

DATED: 2/26, 2003

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

FILED FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________