UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT W. HASEL and
ABCO RESEARCH LLC,

CIVIL NO. 01-2009 (JMR/JSM)

Plaintiffs,

v.

ORDER

DANVILLE MATERIALS, INC. and
DANVILLE MANUFACTURING, INC.,

Defendants.

On March 7, 2003, counsel for plaintiff, Christopher A. Young, Esq., and counsel for defendant, Courtland C. Merrill, Esq., appeared before the undersigned for a telephonic conference. The purpose of this conference was to address defendants' request to change the hearing date for plaintiffs' Motion for Rule 11 Sanctions and Motion to Strike Expert Reports presently scheduled for March 17, 2003 at 1:30 p.m.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The hearing on plaintiffs' Motion for Rule 11 Sanctions and Motion to Strike Expert Reports shall take place before the undersigned on March 20, 2003 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2. Plaintiffs' response to defendants' Motion for Summary Judgment, served on March 4, 2003, shall be served upon defendants on March 28, 2003.

P/Decisions/Civil/Hasel Order 3.10.03.wpd

FILED MAR 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

3. The deadline for the filing and scheduling of dispositive motions shall be extended from April 1, 2003 to April 4, 2003.

4. This case shall be ready for trial on and after May 1, 2003, at which time it will be placed on the Court's jury trial calendar.

Dated: March 10, 2003

JANIE S. MAYERON
United States Magistrate Judge