UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hasel et al.,

Plaintiffs,

v.

Danville Materials Inc., et al.,

Defendants.

Civil No. 01-2009 (JMR/JSM)

**ORDER**

---

Ronald Brown for Plaintiffs.
Joseph Anthony & Courtland Merrill for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 4, 2002, on Plaintiffs' Motion for Leave to Withdraw Their Claim of Infringement of U.S. Patent #5,547,379 and to Dismiss Defendant's Declaratory Judgement Counterclaims Relating to U.S. Patent #5,547,379 [#42].

1. On November 18, 2002 the undersigned granted Plaintiff's Motion to Withdraw Their Claim of Infringement for the #5,547,379 ('379) Patent [#82]. Based on the Court's power under Rule 41 to set the terms and conditions of the dismissal of the claim, the Court granted Plaintiffs' Motion contingent on Plaintiffs paying the Defendants' costs and fees in defending the claim of infringement of the '379 Patent and pursuing counterclaims on this Patent. The Court also directed the Defendant to submit an affidavit on or before December 6, 2002, setting forth Defendants' reasonable costs and fees incurred in defending and counterclaiming in regards to the '379 Patent.

2. The Plaintiffs appealed the November 18, 2002 order to Chief Judge James M. Rosenbaum on November 27, 2002 [#91].

3. Defendant submitted affidavits outlining their attorneys' fees and costs



FILED 3-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to the undersigned on December 5, 2002 [#97, 98, 99, 100].

4. Judge Rosenbaum affirmed the November 18, 2002 Order on December 26, 2002 [#102].

5. The Plaintiff's then moved for an order to certify the issue for interlocutory appeal on January 22, 2003 [#107]. On February 13, 2003, Judge Rosenbaum denied that motion [#125].

6. To date, the Plaintiffs have not objected to the Defendants' affidavits for fees and costs.

7. This Court has now reviewed the Defendants' affidavits and concludes that the costs and fees requested were reasonably incurred. The Plaintiffs are ordered to remit to Defendants the amount of $128,225.73 for the Defendants' costs and fees in defending the claim of infringement and pursuing counterclaims on the '379 Patent.

DATED: MARCH 14, 2003

FRANKLIN L. NOEL
United States Magistrate Judge