UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT W. HASEL and
ABCO RESEARCH LLC,

CIVIL NO. 01-2009 (JMR/JSM)

Plaintiffs,

v.

**AMENDED** PRETRIAL
SCHEDULING ORDER

DANVILLE MATERIALS, INC. and
DANVILLE MANUFACTURING, INC.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

March 1, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

May 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Discovery and Nondispositive Motions

**May 10, 2003 -** **Deadline for completion of depositions of Dr. Jan Orlowski, the authors of the CRA Newsletter and Strassler Article, Greg dorsman, the University of Connecticut research assistant, and representatives of Jeneric/Pentron regarding Flow It!.**

Filed APR 0 2 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

January 13, 2003 - Deadline for defendants' rebuttal expert reports
January 20, 2003 - Defendants' expert reports
**June 1, 2003 - Deadline for issuance of plaintiffs' rebuttal expert reports.**

**July 1, 2003 -** **Deadline for completion of expert depositions.**

**July 7, 2003** - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Settlement Conference, Dispositive Motions and Trial

**June 10, 2003 -** **The parties shall appear for a settlement conference before this Court or engage in private mediation on or before June 10, 2003. The parties shall notify the Court in writing by April 14, 2003, whether they wish to appear before the Court for a settlement conference by or whether they have agreed to engage in private mediation.**

**September 1, 2003 -** **Deadline for filing and scheduling of dispositive motions. If defendants intend to proceed with the summary judge motion they served on March 4, 2003, they shall notify plaintiffs in writing by April 10, 2003, of their intent to proceed with that motion. Plaintiffs' response shall to that motion shall be served on defendants on or before April 21, 2003, and defendants' reply shall be served on plaintiffs on or before April 28, 2003. Thereafter, defendants shall immediately file the motion papers with Judge Rosenbaum and schedule the hearing. If defendants do not intend to proceed with the pending summary judgment motion, they shall notify plaintiffs and the court in writing of their decision to withdraw the motion on or before April 10, 2003. Counsel are reminded**

**to schedule this hearing by calling Calendar Clerk Larry Lewis (612-664-5053). All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).**

This case shall be ready for Jury trial as **September 1, 2003** if no dispositive motion is filed, or upon resolution of any dispositive motion, but no later than **November 1, 2003**. The parties estimate that trial of this Jury matter will take 3-5 days.

General

No more than 10 depositions shall be taken by any party.

No more than 30 Interrogatories (including all subparts), 50 Document Requests and 50 Requests for Admissions shall be served by any party.

Each party may depose any expert disclosed as an expert testifying at trial.

Dated: April 2, 2003

JANIE S. MAYERON
United States Magistrate Judge