UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2009(JMR/JSM)

| | | |
|---|---|---|
| Robert W. Hasel and ABCO Research, LLC<br><br>v.<br><br>Danville Materials, Inc., and Danville Manufacturing, Inc. | ) | ORDER |

Plaintiffs appeal the March 14, 2003, Order of the Honorable Franklin L. Noel, United States Magistrate Judge, ordering them to pay defendants $128,225.73 in costs and fees. Plaintiffs' appeal was timely filed, pursuant to Local Rule 72.1(b)(2).

After a thorough review of the files, records, and proceedings herein, the Court determines the Magistrate's Order is neither clearly erroneous nor contrary to law. Accordingly, IT IS ORDERED that:

Plaintiffs' appeal [Docket No. 154] is denied, and the Magistrate's Order is affirmed.

Dated: April 10th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 4-11-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK