UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT W. HASEL and
ABCO RESEARCH LLC,

CIVIL NO. 01-2009 (JMR/JSM)

Plaintiffs,

v.

ORDER

DANVILLE MATERIALS, INC. and
DANVILLE MANUFACTURING, INC.,

Defendants.

The above matter came on before the undersigned on April 25, 2003 upon a request, in writing, by defendants' counsel to extend the defendants' deadline to serve and file their reply brief in support of summary judgment. Plaintiffs' counsel was copied on this request. Under Local Rule 7.1(b)(2)(C), defendants' reply brief is due on April 28, 2003. Defendants request a two-day extension in order to obtain an affidavit from an affiant residing in Germany.

On April 25, 2003, defendants' counsel, was instructed by this Court to ask plaintiffs' counsel whether they would agree to a two-day extension for defendants to serve and file their reply brief. Courtland Merril, Esq., communicated to the Court, via telephone, that Plaintiffs' counsel agreed to the two-day extension.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendants' request for a two-day extension to file their reply brief is hereby



FILED APR 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**GRANTED.**

2. Defendants' reply brief in support of summary judgment shall be served and filed no later than April 30, 2003.

Dated: April 25, 2003

JANIE S. MAYERON
United States Magistrate Judge