UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT W. HASEL and
ABCO RESEARCH LLC,

Plaintiffs,

v.

DANVILLE MATERIALS, INC. and
DANVILLE MANUFACTURING, INC.,

Defendants.

CIVIL NO. 01-2009 (JMR/JSM)

**SECOND AMENDED**
PRETRIAL SCHEDULING ORDER

On May 29, 2003, at the request of the parties, the Court agreed to stay for a period of 45 days all litigation and all events and dates set forth in the April 2, 2003 Amended Pretrial Scheduling Order which have yet to occur (shown in bold below). Therefore, in the event that this case is not dismissed with prejudice or the parties have not submitted to the Court a Stipulation of Dismissal With Prejudice on or before July 14, 2003, pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

March 1, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

May 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Filed JUN 03 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Discovery and Nondispositive Motions

May 10, 2003 - Deadline for completion of depositions of Dr. Jan Orlowski, the authors of the CRA Newsletter and Strassler Article, Greg Dorsman, the University of Connecticut research assistant, and representatives of Jeneric/Pentron regarding Flow It!.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

January 13, 2003 - Deadline for defendants' rebuttal expert reports
January 20, 2003 - Defendants' expert reports
**July 16, 2003 - Deadline for issuance of plaintiffs' rebuttal expert reports.**

**August 15, 2003 -** Deadline for completion of expert depositions.

**August 21, 2003 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

The hearing on Plaintiffs' Motion to Exclude Untimely Disclosure of Factual Allegations scheduled for June 23, 2003, is cancelled, and may be rescheduled by plaintiffs if this case has not been dismissed on or before July 14, 2003.

Dispositive Motions and Trial

**October 16, 2003 -** Deadline for filing and scheduling of dispositive motions. Counsel are reminded to schedule this hearing by calling Calendar Clerk Larry Lewis (612-664-5053). All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

In this regard, the hearing on Defendants' Motion for Summary Judgment, scheduled for July 30, 2003, is cancelled, and may be rescheduled by defendants, if this case has not been dismissed on or before July 14, 2003.

This case shall be ready for Jury trial as **October 16, 2003** if no dispositive motion is filed, or upon resolution of any dispositive motion, but no later than **January 1, 2004.** The parties estimate that trial of this Jury matter will take 3-5 days.

General

No more than 10 depositions shall be taken by any party.

No more than 30 Interrogatories (including all subparts), 50 Document Requests and 50 Requests for Admissions shall be served by any party.

Each party may depose any expert disclosed as an expert testifying at trial.

Dated: June 2, 2003

JANIE S. MAYERON
United States Magistrate Judge