UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2009(JMR/JSM)

Robert W. Hasel et al. )
)
v. ) ORDER
)
Danville Materials, Inc., et al. )

The Court hereby vacates its June 5, 2003, Order [Docket No. 220] dismissing this matter.

IT IS SO ORDERED.

Dated: July 14th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED JUL 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____
DEPUTY CLERK'S INITIALS____