UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2009 (JMR/JSM)

Robert Hasel et al )
)
v. ) ORDER
)
Danville Materials, Inc. et al )

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: October 14, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED OCT 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS