UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Danville Materials, Inc., a California corporation, and Danville Manufacturing, Inc., a California corporation,

Defendants.

Civil File No. 01-2009 JMR/JSM

**CONSENT JUDGMENT**

Plaintiffs Robert W. Hasel ("Hasel") and ABCO Research, LLC ("ABCO") and Defendants Danville Materials, Inc. and Danville Manufacturing, Inc. (collectively "Danville"), having agreed to a settlement of the above action, and the Court having reviewed this Consent Judgment and determined that its entry is appropriate, it is hereby

ORDERED, ADJUDGED and DECREED that:

1. Hasel and ABCO brought this action for infringement of United States Patent Nos. 5,547,379 ("the "379 Patent"), 5,944,527 ("the '527 Patent"), and 6,315,567 ("the '567 Patent"). pursuant to 35 U.S.C. § 1, *et seq*.

2. Danville counterclaimed for a declaratory judgment of non-infringement, invalidity and unenforceability of the '379, '527 and '567 Patents.

3. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1332 and 1338.

4. This action has been pending since November 2001; the parties have engaged in extensive discovery and motion practice; almost all fact discovery has concluded; summary judgment motions have been fully briefed; and, except for their settlement, the parties were preparing for a trial ready date of October 16, 2003, or January 1, 2004. The parties have had a

FILED NOV - 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

full opportunity to investigate the claims and defenses asserted in this litigation, including those that are the subject of this Consent Judgment.

5. Danville acknowledges, admits and agrees to the entry of this Consent Judgment that the '379, '527 and '567 Patents are valid and enforceable.

6. Danville acknowledges, admits and agrees to the entry of this Consent Judgment that its use, offer for sale and sale of its StarFlow, StarFlow HV, StarFlow PV and Aria products in the United States infringes at least Claims 1-22 and 27-38 of the '527 Patent as presently issued, and Claims 1-21 of the '567 Patent as presently issued.

7. Each of the parties hereto shall bear its own costs and attorneys fees.

8. This action, including all claims by Hasel and ABCO against Danville, and all counterclaims by Danville against Hasel and ABCO, is hereby dismissed with prejudice.

~~9. The Court hereby retains jurisdiction over this action and the parties for purposes of enforcing the terms of this Consent Judgment and to resolve any disputes that arise between the parties over the Settlement and License Agreement that has been entered between the parties.~~ JMR 11/5/03

SO ORDERED, this 5th day of November, 2003.

JAMES M. ROSENBAUM
UNITED STATES DISTRICT JUDGE

CONSENTED TO AND APPROVED
AS TO FORM AND SUBSTANCE

ROBERT W. HASEL

Dated: 10/24/03

Signature: [signature]

Title: Sec

ABCO RESEARCH, LLC

Dated: ________

Signature: ________

Title: ________

DANVILLE MATERIALS, INC.

Dated: 10/15/03

Signature: [signature]

Title: President

DANVILLE MANUFACTURING, INC.

Dated: 10-16-03

Signature: [signature]

Title: President

________
Ronald J. Brown (MN#12129)
Christopher A. Young (MN#288998)
Theresa K. Hankes (MN#294494)
**DORSEY & WHITNEY LLP**
50 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-8856

Attorneys for Plaintiffs
Robert W. Hasel and
ABCO Research LLC

[signature: Courtland Merrill]
Joseph W. Anthony (MN#2872)
Courtland C. Merrill (MN#311984)
**ANTHONY OSTLUND & BAER, P.A.**
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Fax: (612) 349-6996

Attorneys for Defendants
Danville Materials, Inc. and
Danville Manufacturing, Inc.

OCT-29-2003 14:11 DORSEY & WHITNEY LLP 6123402858 P.02/03
10/29/03 14:10 FAX 6123710477 ANDREW GROSSMAN 002
10/29/03 10:38 FAX 6123408856 DORSEY & WHITNEY LLP 012
OCT-13-2003 10:58 P.11/11
10/13/03 10:54 FAX 6123408856 DORSEY & WHITNEY LLP 011

CONSENTED TO AND APPROVED
AS TO FORM AND SUBSTANCE

ROBERT W. HASEL

Dated: 10/29/03

Signature: ______________

Title: Sr.

ABCO RESEARCH, LLC

Dated: ______________

Signature: 10-29-03

Title: Pres

DANVILLE MATERIALS, INC.

Dated: 10/15/03

Signature: ______________

Title: President

DANVILLE MANUFACTURING, INC.

Dated: 10-16-03

Signature: ______________

Title: President

Ronald J. Brown (MN#12129)
Christopher A. Young (MN#288998)
Theresa K. Hankes (MN#294494)
**DORSEY & WHITNEY LLP**
50 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-8856

Attorneys for Plaintiffs
Robert W. Hasel and
ABCO Research LLC

Joseph W. Anthony (MN#2872)
Courtland C. Merrill (MN#311984)
**ANTHONY OSTLUND & BAER, P.A.**
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Fax: (612) 349-6996

Attorneys for Defendants
Danville Materials, Inc. and
Danville Manufacturing, Inc.

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.